■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HENDERSON, Appellant. (Appeal No. 2.) [762 NYS2d 554] —Appeal from a judgment of Monroe County Court (Connell, J.), entered January 11, 2002, convicting defendant after a jury trial of, inter alia, criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Henderson* (307 AD2d 746 [2003]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.